**John S. Sheppard, appellee, v. Lucy I. Scott, appellant.**

Assumpsit to recover sum to be paid in consideration of forbearance to contest a will. Judgment for plaintiff. Appeal from the

Circuit Court of Morgan county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

W. N. Hairgrove and Wilson & Butler, for appellant. H. P. Samuell, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.